

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00212-CV

| | | |
|---|---|---|
| Charles Fred Meshell | § | From the 415th District Court |
| | § | of Parker County (CV14-1368) |
| v. | | |
| | § | May 12, 2016 |
| Katherine Antoinette Lippi | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Charles Fred Meshell shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Ann Dauphinot_____
    Justice Lee Ann Dauphinot